Court C

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No. **CR 21-275**

Charging Document: **Indictment**   No. of Defendants: 9   Total No. of Counts: 66   Sealed: Y ☐

Forfeiture: Y ☑   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☑
N ☐          N ☐          N ☑          Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                          By: lcn

| | |
|---|---|
| Name: JOSE ANDREAS FONSECA-ECHAVARRIA | OCT 05 2021 |
| Alias(es): Jay, Pony, Andreas | Address: |
| | FBI No.: |
| DOB: XX-XX-1993   SSN: XXX-XX-XXXX | Race: Hispanic   Interpreter: Y ☑   N ☐ |
| Sex: M ☑   F ☐   Juvenile: Y ☐   N ☑ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested   Complaint: Y ☑   N ☐
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ- 21-524-STE
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐   N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Thomas Snyder
☐ CJA Panel        Address: _____   Agent/Agency: HSI
☐ Retained         Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 2, 3, 5, 24, 44 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 4, 6 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 7, 9 | 21 U.S.C. § 841(a)(1) | Distribution of Heroin | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |

RECEIVED
OCT 05 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ THOMAS B. SNYDER      Date: 10/05/2021

3/21

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **JOSE ANDREAS FONSECA-ECHAVARRIA**

## CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 8, 10 | 21 U.S.C. § 841(a)(1) | Distribution of Fentanyl | 21 U.S.C. § 841(b)(1)(C) - NMT 20 years imprisonment, $1,000,000 fine or both; NLT 3 years S/R; $100 S/A |
| 12 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 13, 15, 18, 21, 23, 43, 45 | 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility | NMT 4 years imprisonment, $250,000 fine, or both; NMT 1 year S/R; $100 S/A |
| 14, 16, 19, | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 17, 20 | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(C) - NMT 20 years imprisonment, $1,000,000 fine or both; NLT 3 years S/R; $100 S/A |
| 24, 44 | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 25 | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 46 | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 2 | Distribution of Fentanyl; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 48 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | NMT 20 years imprisonment, $500,000 fine or both, (or twice the value of the property involved in the transaction, whichever is greater); NLT 3 years S/R; $100 S/A |
| 49-60 | 18 U.S.C. § 1956(a)(2)(A) <br> 18 U.S.C. § 2 | Money Laundering; Aiding and Abetting | NMT 20 years imprisonment, $500,000 fine or both, (or twice the value of the property involved in the transaction, whichever is greater); NLT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) <br> 18 U.S.C. § 982(a)(1) <br> 21 U.S.C. § 853 <br> 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: __s/ THOMAS B. SNYDER__     Date: 10/05/2021