# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**C**

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No. **CR 21-275**

Charging Document: **Indictment**   No. of Defendants: 9   Total No. of Counts: 66   Sealed: Y ☐

Forfeiture: Y ☑  N ☐   OCDETF: Y ☑  N ☐   McGirt: Y ☐  N ☑   Warrant ☐  Summons ☐  Notice ☑  N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: lcn

OCT 05 2021

| Name: JUAN ANTONIO CERVANTES-ONTIVEROS | |
|---|---|
| Alias(es): Juanito | Address: |
| | FBI No.: |
| DOB: XX-XX-1998   SSN: XXX-XX-XXXX | Race: Hispanic   Interpreter: Y ☑  N ☐ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Cleveland County Detention Center
Inmate/Prisoner/Register No.: 65402-509

Complaint: Y ☑  N ☐
Magistrate Judge Case No.: MJ- 21-524-STE
Previously Detained: Y ☑  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Cesar Armenta
☑ CJA Panel   Address: 228 Robert S. Kerr, Ste 220, Oklahoma City, OK 73102
☐ Retained   Phone: (405) 863-4643

AUSA: Thomas Snyder
Agent/Agency: HSI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 16, 19 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 17, 20 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(C) - NMT 20 years imprisonment, $1,000,000 fine or both; NLT 3 years S/R; $100 S/A |
| 23, 33, 35, 41, 45 | 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility | NMT 4 years imprisonment, $250,000 fine, or both; NMT 1 year S/R; $100 S/A |

Signature of AUSA: s/ THOMAS B. SNYDER   Date: 10/05/2021

RECEIVED
OCT 05 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

3/21

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **JUAN ANTONIO CERVANTES-ONTIVEROS**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 24, 34 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 25 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 36 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 42 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 46 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Fentanyl; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both)); NLT 4 years S/R; $100 S/A |
| 48 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | NMT 20 years imprisonment, $500,000 fine or both, (or twice the value of the property involved in the transaction, whichever is greater); NLT 3 years S/R; $100 S/A |
| 61-64 | 18 U.S.C. § 1956(a)(2)(A)<br>18 U.S.C. § 2 | Money Laundering; Aiding and Abetting | NMT 20 years imprisonment, $500,000 fine or both, (or twice the value of the property involved in the transaction, whichever is greater); NLT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 982(a)(1)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: __s/ THOMAS B. SNYDER__   Date: 10/05/2021