# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Court C

CR 21-275

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR 21-275

Charging Document: **Indictment**   No. of Defendants: 9   Total No. of Counts: 66   Sealed: Y ☐

Forfeiture: Y ☑  OCDETF: Y ☑  McGirt: Y ☐   Warrant ☐  Summons ☐  Notice ☑   N ☑
N ☐         N ☐         N ☑        Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                          By: lcn

OCT 05 2021

| Name: JEROME THOR CAMPBELL | |
|---|---|
| Alias(es): Thor, Tulsa, Old School | Address: |
| | FBI No.: |
| DOB: XX-XX-1960   SSN: XXX-XX-4811 | Race: Black   Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☐ Not in Custody   ☑ Detention Requested | Complaint: Y ☑   N ☐ |
|---|---|
| ☐ Type of Bond: _____ | Magistrate Judge Case No.: MJ-21-524-STE |
| ☑ In Custody at: Pottawatomie County Public Safety Center | |
| Inmate/Prisoner/Register No.: 64710-509 | Previously Detained: Y ☑   N ☐ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: J.P. Hill | AUSA: Thomas Snyder |
|---|---|---|
| ☑ CJA Panel | Address: 1400 NW 16th Street, Oklahoma City, OK 73106 | Agent/Agency: HSI |
| ☐ Retained | Phone: (405) 628-7007 | Local Officer/Agency: |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 13, 15, 18, 23 | 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility | NMT 4 years imprisonment, $250,000 fine, or both; NMT 1 year S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 982(a)(1)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

**RECEIVED** OCT 05 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ THOMAS B. SNYDER     Date: 10/5/2021

3/21