# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**C**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.:_____   Case No.: <u>CR-21-275</u>

Charging Document: <u>Indictment</u>   No. of Defendants: <u>9</u>   Total No. of Counts: <u>66</u>   Sealed: Y ☐

Forfeiture: Y ☑   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☑

N ☐   N ☐   N ☑   Companion Case No. (if any):_____

By: <u>lcn</u>

### DEFENDANT INFORMATION:

Name: **FELIX ANTONIO CAMPA-RIOS**

Alias(es): Toro

Address:

FBI No.:

DOB: XX-XX-1998   SSN: XXX-XX-XXXX   Race: Hispanic   Interpreter: Y ☑   N ☐

Sex: M ☑   F ☐   Juvenile: Y ☐   N ☑   Language/Dialect: Spanish

### DEFENDANT STATUS/RECOMMENDATION:

PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☐ Not in Custody     ☑ Detention Requested

☐ Type of Bond:_____

☑ In Custody at: Southern District of Texas

Inmate/Prisoner/Register No.: Unknown

Complaint: Y ☑   N ☐

Magistrate Judge Case No.: MJ- 21-524-STE

Previously Detained: Y ☑   N ☐

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name:_____

☐ CJA Panel   Address:_____

☐ Retained   Phone:_____

AUSA: <u>Thomas Snyder</u>

Agent /Agency: <u>HSI</u>

Local Officer/Agency:_____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 2, 3 | 21 U.S.C. § 841(a)(1) 18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) 18 U.S.C. § 982(a)(1) 21 U.S.C. § 853 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

**RECEIVED**

OCT 05 2021

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ THOMAS B. SNYDER     Date: <u>10/05/2021</u>

3/21