Court C

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**CR 21-275**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **CR 21-275**

Charging Document: **Indictment**   No. of Defendants: 9   Total No. of Counts: 66   Sealed: Y ☐

Forfeiture: Y ☑ N ☐   OCDETF: Y ☑ N ☐   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑ N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: lcn

| Name: CALISTA CHARMAINE CLARK | OCT 05 2021 |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1984 | SSN: XXX-XX-5517 | Race: White | Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Oklahoma County Jail
Inmate/Prisoner/Register No.: 199946966

Complaint: Y ☑ N ☐
Magistrate Judge Case No.: MJ-21-524-STE
Previously Detained: Y ☑ N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Eddie Valdez
☑ CJA Panel          Address: 1618 NE 31st Street, Lawton, OK 73507
☐ Retained           Phone: (580) 595-3662

AUSA: Thomas Snyder
Agent/Agency: HSI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 30 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 982(a)(1)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

**RECEIVED**
OCT 05 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ THOMAS B. SNYDER   Date: 10/05/2021

3/21