# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐    Misdemeanor ☐    Felony ☑    USAO No.: _____    Case No.: **CR 21-275**

Charging Document: **Indictment**    No. of Defendants: 9    Total No. of Counts: 66    Sealed: Y ☐ N

Forfeiture: Y ☑ N ☐    OCDETF: Y ☑ N ☐    McGirt: Y ☐ N ☑    Warrant ☐    Summons ☐    Notice ☑    N ☑

Companion Case No. (if any): _____

By: lcn

**DEFENDANT INFORMATION:**

| Name: DEAN ALEXANDER MACK | OCT 05 2021 |
|---|---|
| Alias(es): Dante Maxey | Address: |
| | FBI No.: |
| DOB: XX-XX-1978 | SSN: XXX-XX-2781 | Race: Black | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ☑ Detention Requested    Complaint: Y ☑  N ☐

☐ Type of Bond: _____

☑ In Custody at: Oklahoma County Jail    Magistrate Judge Case No.: MJ- 21-524-STE

Inmate/Prisoner/Register No.: 196169023    Previously Detained: Y ☑  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender    Name: Jay Husbands    AUSA: Thomas Snyder
☑ CJA Panel    Address: 620 N Robinson Ave, Ste 203, Oklahoma City, OK 73102    Agent/Agency: HSI
☐ Retained    Phone: (405) 239-2726    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 30 | 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 31 | 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug-Trafficking Crime | 18 U.S.C. § 924(c)(1)(A)(i) - NLT 5 years imprisonment, to be run consecutive to any other period of imprisonment imposed; $250,000 fine, or both; NMT 5 years S/R; $100 S/A |
| 32 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

Signature of AUSA: s/ THOMAS B. SNYDER    Date: 10/05/2021

RECEIVED OCT 05 2021
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

3/21

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **DEAN ALEXANDER MACK**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 982((a)(1)<br>21 U.S.C. § 853<br><br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA:  s/ THOMAS B. SNYDER            Date: 10/05/2021