Court C

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

CR 21-275

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.:_____  Case No.:

Charging Document: **Indictment**____  No. of Defendants: _9_  Total No. of Counts: _66_  Sealed: Y ☐

Forfeiture: Y ☑  OCDETF: Y ☑  McGirt: Y ☐  Warrant ☐  Summons ☐  Notice ☑  N ☑
       N ☐     N ☐     N ☑  Companion Case No. (if any):_____

By: **lcn**

OCT 05 2021

## DEFENDANT INFORMATION:

| Name: **JAVION JARREL WISBY** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-2001   SSN: XXX-XX-4896 | Race: Black   Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

## DEFENDANT STATUS/RECOMMENDATION:

☑ Not in Custody       ☐ Detention Requested
☑ Type of Bond: Unsecured____
☐ In Custody at:_____
  Inmate/Prisoner/Register No.:_____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint:  Y ☑    N ☐

Magistrate Judge Case No.: MJ- 21-524-STE

Previously Detained:  Y ☐    N ☑

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: Edward Blau
☑ CJA Panel   Address: 101 Park Ave, Ste 600
☐ Retained   Oklahoma City, OK 73102
  Phone: (405) 232-2528

AUSA: Thomas Snyder
Agent /Agency: HSI
Local Officer/Agency:_____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 47 | 21 U.S.C. § 841(a)(1) | Possession of Fentanyl with Intent to Distribute | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) 18 U.S.C. § 982(a)(1) 21 U.S.C. § 853 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

RECEIVED
OCT 05 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ THOMAS B. SNYDER     Date: 10/05/2021